**MEMO ENDORSED**

Copies Mailed
Chambers of Edgardo Ramos

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK DAVID,

    Defendant,

_____/

Docket No.: 12cr214

> The application is _X_ granted
> ____ denied
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: June 23, 2020
> New York, New York

**DEFENDANT'S MOTION FOR A 15-DAY ENLARGEMENT OF TIME TO
FILE A REPLY TO THE GOVERNMENT'S SEALED OPPOSITION
FOR COVID-19 COMPASIONATE RELEASE**

COMES NOW, Mark David, ("David") and files this Motion for a 15-day Enlargement of Time to file a Reply to the Government's sealed response to the request for COVID19 compasionate release and in support David provides as follows:

1. On May 28, 2020, David filed his motion for compassionate release due to the COVID19 pandemic within the prison and the prisons' inability to properly handle the exposure of the COVID19 virus to David and sorounding inmates. (Dkt. 502).

2. The court ordered the government to respond on or before June 5, 2020. (Dkt. 503).

3. When the government response did not arrive, nor any notices filed in PACER of their filings, sealed or otherwise, David filed a notice of the government's waiver of their right to respond.

4. On June 12, 2020, David received approximately 520 pages of the government's response in opposition with exhibits. The government's opposition misconstrues the dates of the sequence of events and fails to address the extent of David's heart conditions that he suffers.

5. David wishes to reply to the government's opposition, however, due to the institutions ongoing quarantine and modified lockdowns, David will not have time to review all the documents and provide an adequate reply.

6. As such, David will require a short 15-day extension to file a reply.

7. There have no prior extensions of time requested in this case.

8. The government will not be prejudiced by this short delay, nor is this delay being made to delay nor frustrate these proceedings.

Wherefore, Mark David respectfully prays this Honorable Court will grant a short 15-day extension to address the government's sealed response until July 1, 2020.

Done this 15, day of June 2020

Mark David
Reg. # 67104-054
FCI Loretto
P.O. Box 1000
Cresson, PA 16630

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June \_\_\_15\_\_\_, 2020, I filed the foregoing with the Clerk of the Court and to:

United States Attorney's Office
1 St. Andrew's Plaza
New York, NY 10007

Done this \_\_15\_\_, day of June 2020

Mark David
Reg. # 67104-054
FCI Loretto
P.O. Box 1000
Cresson, PA  16630