UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MARK DAVID,

        Defendant.

**ORDER**

12 Cr. 214 (ER)

RAMOS, D.J.:

    The Court is in receipt of David's letter filed under seal on March 11, 2021.

The Government is instructed to respond by no later than March 19, 2021.

It is SO ORDERED.

Dated: March 12, 2021

                                                        New York, New York
                                                        Edgardo Ramos, U.S.D.J.