UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          v.

MARK DAVID,

          Defendant.

**ORDER**

12 Cr. 214-2 (ER)

Ramos, D.J.:

    In light of Ms. Liebesman's recent letter, *see* Doc. 585, the government is instructed to inquire as to the recent course of treatment for Mr. David.

    It is SO ORDERED.

Dated:   May 3, 2022
           New York, New York

                                            Edgardo Ramos, U.S.D.J.