

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

# MEMO ENDORSED

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 9, 2026

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Mark David*, 12 Cr. 214 (ER)

Dear Judge Ramos:

      The Government writes in response to the Court's order of December 22, 2025 directing the Government to respond to the defendant's motion for compassionate release by January 9, 2026. The Government is in the process of attempting to obtain additional information relevant to the motion from the defendant's facility. Accordingly, the Government requests an additional two weeks to respond to the motion, until January 23, 2026.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

      By: s/ Maggie Lynaugh
          Maggie Lynaugh
          Assistant United States Attorney
          (212) 637-2448

cc:    Mark David (By Mail)

---

The government's response to Mr. David's motion is due January 23, 2026.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: __1/9/2026__
New York, New York